THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Reginald James Miller, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Cordell Maddox, Jr., Circuit Court
 Judge
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2010-UP-020
Submitted January 4, 2010  Filed January
 25, 2010    
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg,
 for Respondent.
 
 
 

PER CURIAM:  Reginald James Miller appeals his
 convictions and sentences for trafficking in cocaine and trafficking in crack
 cocaine, arguing the constructive denial of counsel he suffered at trial
 requires reversal and a new trial.  Miller filed a separate pro se brief,
 arguing the circuit court erred in admitting the powder and crack cocaine into
 evidence because the State failed to establish a proper chain of custody and in
 allowing Margaret Greer to testify at trial, despite the fact she was not
 listed as a prosecution witness.  After a
 thorough review of the record and both briefs pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss[1] Miller's appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.  
HUFF,
 A.C.J., GEATHERS, J., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.